UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

RAMIRO TRUJILLO HERNANDEZ,

          Petitioner,

    v.

WARDEN, ET AL.,

          Respondents.

No. 1:26-cv-02752-WBS-SCR

1:25-cv-01711-WBS-SCR
(Related Case)

MEMORANDUM AND ORDER

----oo0oo----

On April 13, 2026, petitioner Ramiro Trujillo Hernandez filed a second petition for habeas corpus, which was initially randomly assigned to Judge Smith.  (See Case No. 1:26-cv-02752-WBS-SCR, Docket No. 1.)   Judge Smith aptly observed that petitioner had already filed a petition for habeas corpus, which the undersigned denied on April 2, 2026.  (See Case No. 1:26-cv-02752-WBS-SCR, Docket No. 7; Case No. 1:25-cv-01711-WBS-SCR, Docket No. 26.)  Accordingly, Judge Smith ordered petitioner to

1

show cause, "on or before April 17, 2026, as to whether there are any factual or legal issues in [his] [second] Habeas Petition . . . that make it meaningfully different it from" his first habeas petition.  (Case No. 1:26-cv-02752-WBS-SCR, Docket No. 7.) Because petitioner has failed to respond to the order to show cause, the court finds that his second petition is not meaningfully different from his first one and will deny his second petition for habeas corpus for the same reasons as his first petition was denied.

This court is not required to entertain a second petition for habeas corpus relief where the legality of petitioner's detention has already been determined by this court on a prior application.  28 U.S.C. § 2244(a).  For this reason, various courts have noted, and this court agrees, that federal habeas petitioners may not file "serial" habeas petitions challenging their detention.  Wheeler v. Petty, No. 1:25-cv-00028 DCN, 2025 WL 2589662, at *1 (D. Idaho Aug. 19, 2025); see also Rakibu v. Crawford, No. 3:24-cv-805, 2024 WL 5047867, at *1 (E.D. Va. Dec. 9, 2024) (petitioner "cannot litigate multiple § 2241 petitions challenging his detention" by Immigration and Customs Enforcement).

IT IS THEREFORE ORDERED that petitioner's second petition for habeas corpus (Case No. 1:26-cv-02752, Docket No. 1) be, and the same hereby is, DENIED;

AND IT IS FURTHER ORDERED that the order prohibiting respondents from transferring or otherwise taking petitioner out

of the Eastern District of California be, and the same hereby is, VACATED.

Dated:  April 23, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE